Douglas A. Linde, SBN 217584
Chant Yedalian, SBN 222325
Erica L. Allen, SBN 234922
The Linde Law Firm
9000 Sunset Blvd., Ste. 1025
Los Angeles, CA 90069
Telephone (310) 203-9333
Facsimile (310) 203-9233

Attorneys for Plaintiff,
SONJA KLIMP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA KLIMP, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEBE STORES, INC.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: C 07 0203 CRB<br><br>STIPULATION TO EXTEND THE TIME IN WHICH BEBE STORES, INC., WILL RESPOND TO SONJA KLIMP'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF<br><br>[L.R. 6-1] |

**TO THE HONORABLE COURT:**

Sonja Klimp, on behalf of herself and all others similarly situated ("Sonja Klimp"), and BEBE STORES, INC., hereby stipulate to extend the time in which BEBE STORES, INC., has to respond to the Complaint for Damages and Injunctive Relief In This Matter. BEBE STORES, INC., shall file its responsive pleading on or before April 8, 2007. The parties have agreed to this extension to afford Defendant the opportunity

1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

to investigate the facts and prepare a responsive pleading. This stipulation does not effect Defendant's right to file a Motion pursuant to Rule 12, or any responsive pleading other than an answer. This change will not alter the date of any event or and deadline already fixed by Court order.

DATE: March 8, 2007                           THE LINDE LAW FIRM

                                              _____
                                              Douglas A. Linde
                                              Attorneys For Plaintiff Sonja Klimp

March 8, 2007                                 BEBE STORES, INC.

                                              _____
                                              Lawrence Smith
                                              General Counsel



March 8, 2007

2

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 9000 Sunset Blvd., Suite 1025, Los Angeles, CA 90069.

On **March 8, 2007** I served the foregoing document, described as **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** on the interested parties in this action

_____ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

**X**\_\_\_ by placing \_\_\_\_\_ the original \_\_\_\_\_ a true copy enclosed in sealed envelopes addressed as follows:

**X**\_\_\_\_\_ **BY MAIL.**
   **X**\_\_\_ I deposited such envelope in the mail in Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

   _____ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **March 8, 2007** in Los Angeles, California.

_____ **BY PERSONAL SERVICE.** I delivered such envelope by hand to the offices of the addressee.

_____ **BY FACSIMILE.** I faxed a copy of the above-described document to the interested parties as set forth [above/on the attached mailing list].

Executed on **March 8, 2007** in Los Angeles, California.

**X** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Douglas Linde

**Name**                                                                  **Signature**

SERVICE LIST

Larry Smith
General Counsel
bebe Stores, Inc.
400 Valley Drive
Brisbane, CA 94005