Douglas A. Linde, State Bar No. 217584 (dal@lindelaw.net)
Chant Yedalian, State Bar No. 222325 (cy@lindelaw.net)
Erica L. Allen, State Bar No. 234922 (ela@lindelaw,bet)
THE LINDE LAW FIRM
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
Telephone: (310) 203-9333
Facsimile: (310) 203-9233

Attorneys for Plaintiff
SONJA KLIMP

PILLSBURY WINTHROP SHAW PITTMAN LLP
Greg L. Johnson (SBN: 132397)
greg.johnson@pillsburylaw.com
Daveed A. Schwartz (SBN: 200046)
daveed.schwartz@pillsburylaw.com
400 Capitol Mall, Suite 1700
Sacramento, CA 95814-4419
Telephone: (916) 329-4700
Facsimile: (916) 441-3583

Attorneys for Defendant
BEBE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONJA KLIMP, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BEBE STORES, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. C 07-0203 CRB<br><br>STIPULATION EXTENDING TIME FOR DEFENDANT BEBE STORES, INC. TO RESPOND TO COMPLAINT AND FOR EXTENDING DATE OF INITIAL CASE MANAGEMENT CONFERENCE AND ~~[PROPOSED]~~ ORDER<br><br>Complaint Filed: January 10, 2007 |

TO THIS HONORABLE COURT:

Plaintiff SONJA KLIMP ("Plaintiff') and Defendant BEBE STORES, INC. (hereinafter "Defendant"), jointly submit the following Stipulation to the Court for its consideration and jointly submit the attached order extending the time for Defendant to

respond to the Complaint filed by Plaintiff and also extending related case management deadlines.

The background and circumstances which establish good cause for the extension are as follows:

STIPULATION

WHEREAS, on January 10, 2007, Plaintiff filed the instant action against Defendant;

WHEREAS, on March 8, 2007, this Court ordered that Defendant's time to file a response to the Complaint was extended to on or before April 8, 2007;

WHEREAS, counsel for Defendant was recently retained and has not yet had the opportunity to review and analyze the Complaint in order to determine the appropriate response thereto;

WHEREAS, two nearly identical lawsuits pursuant to 15 U.S.C. § 1681 *et seq*. (the Fair Credit Reporting Act), *Yalenkatian v. bebe Stores, Inc.*, Case No. 3:07-cv-00255, and *Libman v. bebe Stores, Inc.*, 2:07-cv-00972, are pending in the U.S. District Courts for the Northern and Central Districts respectively;

WHEREAS, the date to file a response to the complaint in *Libman v. bebe Stores, Inc.* is May 7, 2007 and the parties to the *Yalenkatian v. bebe Stores, Inc.* action have agreed to extend the date to file a response to the complaint to May 7, 2007 pending approval of the Court;

WHEREAS, Plaintiff and Defendant agree that Defendant may have until May 7, 2007 to file a response to the Complaint in the above-captioned matter;

WHEREAS, by this Court's order, the Case Management Conference in this matter is scheduled for April 20, 2007;

WHEREAS, Plaintiff and Defendant also believe that extending the Case Management Conference date would promote efficiency;

WHEREAS, Plaintiff and Defendant agree that the Case Management Conference should be scheduled for June 1, 2007, or as soon thereafter as possible;

WHEREAS, Plaintiff and Defendant agree that the last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan and the last day to file a Joint ADR Certification with Stipulation to the ADR Process or a Notice of Need for ADR Phone Conference should be no later twenty-one (21) days prior to the Case Management Conference;

WHEREAS, Plaintiff and Defendant agree that the last day to complete initial disclosures or state objection in a Rule 26(f) Report, file a Case Management Statement and file and serve a Rule 26(f) Report should be no later than fourteen (14) days after the parties have met and conferred regarding initial disclosures, early settlement, and a discovery plan.

WHEREAS, the parties recognize that this Court has the power to exercise reasonable control over all proceedings connected with the litigation to ensure the orderly and economic administration of justice;

WHEREAS, the parties further agree that the requested extension is not solely for the purposes of delay, but so that the due process of the parties is protected and so that justice may be done.

IT IS HEREBY STIPULATED BY THE PARTIES THROUGH THEIR COUNSEL OF RECORD THAT:

Defendant *bebe Stores, Inc.* shall have up to and including May 7, 2007 in which to file its response to Plaintiff Sonja Klimp's Complaint.

A joint case management statement will be due in the matter on or before May 25, 2007 and a Case Management Conference will be held on June 1, 2007.

The parties shall have up to and including May 11, 2007 in which to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan.

The parties shall have up to and including May 11, 2007 in which to file a Joint

ADR Certification with Stipulation to the ADR Process or Notice of Need for ADR Phone Conference.

The parties shall have up to and including May 25, 2007 in which to complete initial disclosures or state an objection in a Rule 26(f) Report and to file/serve a Rule 26(f) Report.

Nothing herein shall serve as a waiver of any party's claims or defenses in this matter.

Dated: April 3, 2007

THE LINDE LAW FIRM

By:______/s/ Douglas A. Linde______________
Douglas A. Linde
Chant Yedalian
Attorneys for Plaintiff Sonja Klimp

**(As authorized by counsel on April 3, 2007)**

Dated: April 3, 2007

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: ____/s/ Daveed A. Schwartz_____________
Greg L. Johnson
Daveed A. Schwartz
Attorneys for Defendant *bebe Stores, Inc.*

IT IS SO ORDERED.

Dated:__ April 4, 2007 __________

_______________________________
The Honorable Charles R. Breyer
United States District Court Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer